# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| C&E SERVICES, INC., and<br>CARL L. BIGGS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASHLAND INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 03-1857 (JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that plaintiff's Motion for Judgment as a Matter of Law on Ashland's Counterclaims for Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing [#183] is **DENIED**. It is further,

**ORDERED** that plaintiff's Motion for Judgment as a Matter of Law on Ashland's Counterclaim for Breach of the Implied Covenant of Good Faith and Fair Dealing and Motion to Alter or Amend the Judgment Entered by the Clerk of the Court [#198] is **DENIED**. It is further,

**ORDERED** that defendant's Motion for Judgment as a Matter of Law, Renewed Motion to Alter Judgment [#200] is **DENIED**. It is further,

**ORDERED** that plaintiff's Motion for Leave to File Bill of Costs [#208] is **DENIED**. It is further,

**ORDERED** that plaintiff's Motion to Strike [203] Bill of Costs [#209] is **GRANTED**. It is further,

**ORDERED** that plaintiff's Unopposed Motion to Permit Plaintiff's Reply in Support of

Plaintiffs' Renewed Motion for Judgment as a Matter of Law Filed One Hour Out of Time

[#206] is **GRANTED** as conceded.

    **SO ORDERED.**


Date: March 9, 2009                                               /S/
                                                                               JOHN M. FACCIOLA
                                                                               U.S. MAGISTRATE JUDGE